IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BRYCE THOMAS DANIELS<br><br>Plaintiff,<br>v.<br>UNIVERSITY OF NOTRE DAME<br><br>Defendant. | Civil Action No. 3:22-cv-00698-PPS-JEM |

## PLAINTIFF BRYCE THOMAS DANIELS'S
## NOTICE OF ATTEMPTED SETTLEMENTS

Plaintiff, Bryce Thomas Daniels ("Plaintiff") files this Notice of Attempted Settlements from the part of Plaintiff in an attempt to inform the Court of Notre Dame's unwillingness to enter into reasonable settlement talks and illustrate Plaintiff's sincere attempt to resolve this matter outside of the Court.

1. On March 28, 2023, Plaintiff proposed a settlement to Notre Dame on the terms of Plaintiff returning to Notre Dame after his original class graduated, with no financial obligations for attendance, and compensation limited to lost wages. Notre Dame conveyed at that time that it was uninterested in discussing settlement.

2. On January 24, 2025, Plaintiff again approached Notre Dame attempting to settle the matter out of court. The proposed terms were $100,000 (strictly specific damages) and a letter from Notre Dame stating that the language of the pleadings should not disparage or reflect negatively on Plaintiff for future employment, clerkship, or Bar-disclosure purposes. Notre Dame

conveyed it would not provide *any* monetary compensation but was open to a limited version of a letter to resolve all claims. Plaintiff then refused.

3.  Plaintiff has been at every point in this litigation open and willing to seriously discuss settlement.

Date: March 6, 2025

Respectfully submitted,

*[signature]*

Bryce Thomas Daniels
5505 Seminary Rd.
Unit #317N
Falls Church, VA 22041
Tel: 214.909.2108
bryced@sas.upenn.edu

*Plaintiff pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, I sent via USPS Express Certified Mail the foregoing document to be filed with the clerk of court and via email to the following counsel of record:

STEPHEN M. JUDGE
SOUTHBANK LEGAL
100 E Wayne Street, Suite 300
South Bend, IN 46601
Tel: 574-968-0760
sjudge@southbank.legal

*Attorney for the University of Notre Dame*

Bryce Thomas Daniels

*Plaintiff pro se*