# Exhibit 1

Message

| From: | Christine Holst-Haley [cholst@nd.edu] |
|---|---|
| on behalf of | Christine Holst-Haley <cholst@nd.edu> [cholst@nd.edu] |
| Sent: | 11/22/2021 3:46:59 PM |
| To: | ████████████████████████████████ |
| CC: | |
| Subject: | Re: Thank You! |

Yes. You are not sharing any information that is inappropriate to share. If he sees it and has a problem with it, please feel free to send him my way (it wouldn't surprise me if it gets to him anyway through friends he may have on the Discord).


Christine Holst-Haley
Director of Student Services
Notre Dame Law School
1106 Eck Hall of Law
Notre Dame, IN  46556

574-631-5365
cholst@nd.edu

Make an appointment with me: https://calendly.com/ndls-cholst


On Mon, Nov 22, 2021 at 3:44 PM ████████████████████ wrote:
   Hi Christine,

   We are unable to tell if Bryce is still in the Discord. We do not see him and think he is not in there, but many people have nicknames so we can't say for sure. Are you comfortable with us still posting in the Discord (as opposed to sending an email to our class) even if we cannot 100% determine if he is in the Discord?

   Best,
   ████████████

On Mon, Nov 22, 2021 at 3:28 PM ████████████████████████ wrote:
   Thanks for the correction on the number, I appreciate it and will edit it. :)

On Mon, Nov 22, 2021 at 3:27 PM Christine Holst-Haley <cholst@nd.edu> wrote:
   This looks great, █████ My only edit is to correct the NDPD phone number area code -- **574**-631-5555.

   Thanks again to all of you for meeting with me today and for your support of your classmates!

   Sincerely,

   Christine


CONFIDENTIAL                                                                                           DEF0000734

Christine Holst-Haley
Director of Student Services
Notre Dame Law School
1106 Eck Hall of Law
Notre Dame, IN 46556

574-631-5365
cholst@nd.edu

Make an appointment with me: https://calendly.com/ndls-cholst

On Mon, Nov 22, 2021 at 3:23 PM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:
Hi Christine,

Thank you so much for meeting with us today regarding rumors we've heard among the 1L class. We drafted the below statement in *italics* to send in our class group chat. Could you provide your feedback prior to us sending? We want to ensure all facts are correct. Thank you!

*"Hey Everyone, we as 1L reps are aware of lots of rumors going on regarding Bryce. First and foremost, we want to let you know Bryce is no longer a member of the ND community and legally is not allowed on campus. This issue was handled directly by the university student conduct and NDPD and appropriate measures have been put in place to address the safety of all members of our community. If anyone ever has any safety concerns, you can contact NDPD at (474) 631-5555.*

*With that being said, the rumors going around are further feeding a resolved issue and truly could hurt those directly involved. We want to ALWAYS cultivate a supportive and transparent culture as a 1L class, please continue to come to us with any concerns you have. We sat down with Christine to discuss this, were given the information we are providing to you, and ▓▓▓▓▓▓▓▓▓▓▓▓▓ are available to chat with anyone regarding further concerns - Christine always has an open door as well if preferred! We hope everyone enjoys Thanksgiving and gets to rest and relax as we gear up for our finals fully focused!!!"*

Best,
▓▓▓▓▓▓▓▓



CONFIDENTIAL

# **Exhibit 2**

**From:** Bryce Daniels bryced@sas.upenn.edu
**Subject:** Re: Daniels v. Univ. of Notre Dame, 3:22-cv-698
**Date:** June 2, 2025 at 1:41 PM
**To:** Stephen Judge sjudge@southbank.legal
**Cc:** Kimberly Kennedy kkennedy@southbank.legal, Holly Wyrick hwyrick@southbank.legal

Mr. Judge—

One more item testified to today. Ms. Holst-Haley testified that a community-wide email was sent about me to the Notre Dame student body. Please produce that email record as well.

Thank you.

Best,
—
**Bryce T. Daniels**
(214) 909-2108 | bryced@sas.upenn.edu
My SSRN Page

On Fri, May 30, 2025 at 1:35 PM Bryce Daniels <bryced@sas.upenn.edu> wrote:
Mr. Judge—

One more item testified to today. Mr. Ryan testified that she *did not look* for her meeting notes with myself or with Jane Roe that would have been created around Summer 2022 as part of any discovery request. Such notes are responsive to document requests made by Plaintiff, and the fact they were not even *looked for* is at this point not explained. Please explain the basis for why the notes were not even looked for, whether they will be looked for, and any other information regarding this discoverable information that seems to have been withheld responsive to Plaintiff's requests.

Best,
—
**Bryce T. Daniels**
(214) 909-2108 | bryced@sas.upenn.edu
My SSRN Page

On Wed, May 28, 2025 at 3:57 PM Bryce Daniels <bryced@sas.upenn.edu> wrote:
Mr. Judge—

Thank you for this information. Additionally, Mr. Seamon testified that he was unsure if my case was discussed at the June 2022 training with Dr. Deisinger. Unsurity is not sufficient in discovery to defeat the relevance of those materials to my claims against Notre Dame. As such, please either supply an affidavit from Dr. Deisinger stating my case was not discussed at the June 2022 training (either by name or anonymized), or turnover the June 2022 training materials/communications regarding such training, notes, etc. as originally requested.

If Notre Dame's position is *still* that the June 2022 training is not relevant because Mr. Seamon does not remember if I were a subject in it, I will file another motion to compel.

Additionally, please identify some dates on which I can depose Christine Caron-Gebhardt.

Best,
—
**Bryce T. Daniels**
(214) 909-2108 | bryced@sas.upenn.edu
My SSRN Page

On Wed, May 28, 2025 at 3:05 PM Stephen Judge <sjudge@southbank.legal> wrote:

Mr. Daniels:

1. The custodian information for the documents you reference below are as follows:
   a. DEF0000096 – Crystal Garcia Betts
   b. DEF0000151 – Christine Caron-Gebhardt
   c. DEF0000157 – Christine Caron-Gebhardt
2. We are following up with Mr. Seamon's office regarding these training materials and will advise once we have more information.

Regards,

**Stephen M. Judge**

O. 574-968-0760

D. 574-968-9759

C. 574-229-5111

E. sjudge@southbank.legal

**SouthBank Legal**

100 E Wayne Street, Suite 300

South Bend, IN 46601

www.southbank.legal

---

**From:** Bryce Daniels <bryced@sas.upenn.edu>
**Date:** Wednesday, May 28, 2025 at 1:24 PM
**To:** Stephen Judge <sjudge@southbank.legal>, Kimberly Kennedy <kkennedy@southbank.legal>, Holly Wyrick <hwyrick@southbank.legal>
**Subject:** Daniels v. Univ. of Notre Dame, 3:22-cv-698

| **CAUTION: External Email** |
| --- |

Mr. Judge—

A couple of matters:

1. Who is the custodian of documents DEF0000096, DEF0000158, and DEF0000151?

2. Your March 27, 2025 letter regarding TAMT training documents indicated that training documents after my removal are not relevant. This was Notre Dame's response to a request for production I filed which would include the training documents. I of course dispute that training documents after my removal are not relevant, but at the deposition of Michael Seamon today he stated that he still retains the training documents from 2016/2017. As such, those are responsive to a number of document requests I've made, are prior to my removal, and I expect them to be produced. Please advise if Notre Dame's position is still one of non-production.

Best,

—

**Bryce T. Daniels**

(214) 909-2108 | bryced@sas.upenn.edu

My SSRN Page