IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

BRYCE THOMAS DANIELS

          Plaintiff,

v.

UNIVERSITY OF NOTRE DAME

          Defendant.

Civil Action No. 3:22-cv-00698-PPS-JEM

### DECLARATION OF BRYCE T. DANIELS

I, Bryce T. Daniels, do hereby swear that the following statements are true and correct to the best of my knowledge, information, and belief, and that I would competently testify as follows if called upon to do so:

1. I am over eighteen (18) years of age, and I am fully competent to make this Declaration.

2. I, in my personal capacity, and only I, wrote the Second Amended Complaint, and I hereby incorporate by reference all factual allegations contained therein as to my knowledge of circumstances both in Fall of 2021 and further. This paragraph serves to swear as to the facts in the Second Amended Complaint in the same way as a verified complaint functions. Any repetition in this Declaration of facts in the Second Amended Complaint should not be interpreted to exclude one at the cost of the other.

3. In addition to the facts alleged and sworn to in the Second Amended Complaint, I include this Declaration to supplement the factual background.

4. On November 5, 2021, after the No-Contact Order was instituted between Jane Roe and I, I was informed by NDPD that the No-Contact Order and the questioning regarding Roe was

in response to a formal complaint instituted by Roe. NDPD stated that Notre Dame's Title IX Policy and Procedures permit a student to complain of Title IX conduct through NDPD. NDPD also stated to me that Roe had not asked for criminal charges to be pursued, so NDPD's response to Roe's complaint was necessarily pursuant to the Title IX complaining function.

5. NDPD informed me that Jane Roe spoke to NDPD prior to November 5, 2021, and had attested to what Jane Roe described as harassment by me in the hopes of a romantic relationship with Roe. NDPD stated that Jane Roe herself is the one who complained of the conduct to NDPD and that she had asked NDPD and the Title IX Office to investigate her allegations of sexual harassment and to respond accordingly.

6. At the November 5, 2021, meeting I had with Erin Oliver and Christine Holst-Haley regarding my removal from Notre Dame, Christine Holst-Haley stated that she believed I had done and said some very bad things and that she expected me never to be a lawyer.

7. In the Spring and Summer of 2022, when I was undergoing the Office of Community Standards Conduct Process, I asked for Jane Roe to serve as a witness at the Conduct Hearing. Heather Ryan stated she would speak to Jane Roe about attending. After Heather Ryan spoke to Jane Roe, Heather Ryan informed me Jane Roe had agreed to attend and that she would attend the Conduct Hearing. Heather Ryan moved the Hearing date at least once to accommodate Jane Roe's attendance. At no point did Heather Ryan inform me that Jane Roe would not attend the Hearing. Ultimately, Jane Roe did not attend the Hearing.

8. My removal from Notre Dame is required to be disclosed in a number of contexts pursuant to character-and-fitness questions, it will almost certainly be required to be disclosed before any State Bar, and many professional opportunities ask similar questions to which I am required to inform of my removal. The information of my removal from Notre Dame to hiring personnel and law-school admissions personnel has elicited a skeptical and negative view of me

such that I have lost many career and law-school opportunities because of my removal. Certainly, the further compounding fear of never being able to pick up my life has added tremendously to my emotional distress. Because I must continue to disclose the Notre Dame removal in many facets of my life in the future, the emotional distress and financial consequences will continue.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct and is based on personal knowledge.

Date: June 13, 2025

Respectfully submitted,

*Bryce T. Daniels*
Bryce Thomas Daniels
5505 Seminary Rd.
Unit #317N
Falls Church, VA 22041
Tel: 214.909.2108
bryced@sas.upenn.edu

*Plaintiff pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, I sent via USPS Mail the foregoing document to be filed with the clerk of court and via email to the following counsel of record:

STEPHEN M. JUDGE
SOUTHBANK LEGAL
100 E Wayne Street, Suite 300
South Bend, IN 46601
Tel: 574-968-0760
sjudge@southbank.legal

*Attorney for the University of Notre Dame*

Bryce Thomas Daniels

*Plaintiff pro se*