**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | | |
|---|---|---|
| BRYCE THOMAS DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 3:22-CV-00698 |
| | ) | |
| UNIVERSITY OF NOTRE DAME, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DECLARATION OF STEVEN STEBBINS</u>**

I, Steven Stebbins, do hereby swear that the following statements are true and correct to the best of my knowledge, information, and belief, and that I would competently testify as follows if called upon to do so:

1.      I am over eighteen (18) years of age and I am fully competent to make this Declaration.

2.      I have been an officer with the Notre Dame Police Department ("NDPD"), formerly the Notre Dame Security Police, since May 2009. I am currently a detective and have been since October 2015.  I was first employed at Notre Dame in June 2004, as a security officer.

3.      On November 3, 2021, I was assigned to investigate a case that NDPD had initiated the day prior (November 2, 2021) about Notre Dame law student Bryce Daniels. The report of that investigation is attached as Exhibit A.

4.      This case was initiated when a female Notre Dame student, "Jane Roe," made a report to NDPD Officer Adam Rollins on November 2, 2021, that a classmate, Bryce Daniels, had gotten her number at the beginning of the semester and asked her out on a date. Jane Roe claimed that she declined and blocked his number. She also reported that, on November 2, 2021, Daniels made rude comments about Jane Roe in the hallway and then approached her and told her that he

would not stop saying "hi" to her. Jane Roe told Officer Rollins that she wanted to make a report of Daniels' harassment to NDPD.

5.      Jane Roe called NDPD again the next day, November 3, 2021, requesting to speak with an officer and was transferred to NDPD Captain Crystal Garcia Betts. Jane Roe told Captain Garcia Betts that she had learned from another student that Bryce had said, "if [Jane Roe] escalates this" situation, Daniels would "bury" her. Jane Roe also reported that two other students heard Daniels bragging about having a gun on him. Jane Roe said she was in fear of Daniels, requested assistance in obtaining a No-Contact Order, and requested assistance from the University's Title IX office (formally known as the Office of Institutional Equity or "OIE"). Following this call, Captain Garcia Betts forwarded a report to OIE, advising them that Jane Roe had requested that OIE be involved and that NDPD was currently investigating Jane Roe's allegations.

6.      Officer Rollins and Captain Garcia Betts recorded written summaries of the reports Jane Roe made to them. I reviewed those summaries when I was assigned to be the detective on this case. Those summaries are included as part of my investigation report (Exhibit A).

7.      Early the morning of November 4, 2021, I emailed Jane Roe and the three students she had identified to Captain Garcia Betts, to set up interviews with them. Those interviews were scheduled for November 4 and November 5, 2021, based on the students' availability.

8.      I met with two student witnesses in the morning of November 4, 2021. The first student witness ("Student 1") reported that during class on October 28, 2021, Daniels told Student 1 that he should join the Federalist Society so that he could vote for Daniels when he ran for president of that club and then made a comment to Student 1 that referred to shooting or killing anyone who ran against him. Student 1 told some friends about this comment on October 29, 2021, and learned that Daniels previously had told those persons that he had a gun.

9.      The second student witness ("Student 2") reported that other students had come to Student 2 with concerns that Daniels had a gun and had made jokes about hurting people who get in the way of his leadership goals. Student 2 reported that he had also heard that Daniels had shouted at a TA during class when he was instructed to not use his cell phone. Student 2 told me that Daniels had previously said to Student 2 that he hates women, that all women are liars, and that he had previously been accused of rape.

10.     Student 2 also reported that Jane Roe had described her interactions with Daniels to Student 2 on November 2, 2021, and that Student 2 later that same day approached Daniels to discuss them. Student 2 said that Daniels asked him, "is this about that evil woman [Jane Roe]," and then said it was "fun to needle her," that he would "respect her when she respects [him]," that he is "not as forgiving as our Lord Jesus Christ," and that "if she tries to escalate this, I will bury her."

11.     Following these interviews, I emailed Daniels at approximately 11:30 am on November 4, 2021, to set up a time to speak with him. We scheduled a meeting for 1:30 pm on November 5, 2021.

12.     At 1:30 pm on November 4, 2021, I learned that the result of a weapons check was that Daniels had a permit to carry guns in the state of Texas.

13.     A Threat Assessment and Management Team ("TAMT") meeting was held at 2:00 pm on November 4, 2021, specifically to discuss Daniels. Captain Garcia Betts, who is in charge of the detective bureau at NDPD, typically attends TAMT meetings, although I attend three to five meetings a year, including when she is not available. I recall that I attended this meeting because I had spoken with Student 1 and Student 2 about Daniels. In advance of the TAMT meeting, I gave Captain Garcia Betts an update on my investigation and informed her of the information I had

obtained thus far. Both Captain Garcia Betts and I spoke with the other members of TAMT during the meeting about what we had learned about Daniels.

14.     Around this same time on November 4, 2021, NDPD was made aware that a male law student ("John Doe") had sent an email to Stella Miller with concerns about an unnamed male student who had a gun and was potentially suicidal. Captain Garcia Betts emailed John Doe to ask that he disclose the identity of the student with a weapon.

15.     Captain Garcia Betts spoke with John Doe that day. By 5:30 pm on November 4, 2021, John Doe had disclosed that the student about whom he had made the previous report was Daniels. Captain Garcia Betts shared this information with NDPD Chief Keri Kei Shibata, who called for an emergency TAMT meeting, which was held that evening. I did not attend that meeting, but both Chief Shibata and Captain Garcia Betts were present to share the information known to NDPD.

16.     In the morning of November 5, 2021, I interviewed the third student witness ("Student 3"). Student 3 reported that Daniels had stated during a Federalist Society meeting that he carries his gun all the time and that when Student 3 made reference to the fact that guns are banned from campus, Daniels shook his backpack in a manner that suggested to Student 3 he may have had his gun in the backpack. Student 3 said that he had heard from Student 1 that Daniels had said he would kill anyone who gets in his way during Federalist Society elections.

17.     Student 3 also reported that Daniels told him that he had, prior to law school, dated a woman who was now a law student, and that student had begged Daniels not come to Notre Dame for law school and not to move into the same apartment complex as her. Daniels told Student 3 that this other female student was afraid that Daniels was going to hurt her. Student 3 also reported that Daniels had disclosed to him that he has terrible relationships with women and

believes woman are "evil." Student 3 said that Daniels told him that he had asked Jane Roe to lunch and said that Daniels was really upset when Jane Roe told him to never text her again.

18.    Student 3 described Daniels as having a "short fuse" and said that he snapped at a TA and told him, "if you ever speak to me like this again, we are going to have problems" when the TA reminded the class that students were not allowed to use cell phones. Student 3 reported that he and his classmates were afraid that Daniels was going to hurt them.

19.    I interviewed Jane Roe on the morning of November 5, 2021, as well. This was her third interview with NDPD. She again reported what she had previously disclosed: Early in the semester while in line for donuts at a church event, Daniels had asked for her phone number for the purpose of adding her to a Federalist Society list, and, during that conversation, she initially bought him a donut because he did not have any money on him but then she picked up "bad vibes" from him so decided to avoid him in the future; she then got a text message from him stating he owed her lunch, she responded stating he should only use her number for Federalist Society contact, he asked why, and she blocked him; they later saw each other at an off-campus party; on October 29, 2021, she heard from friends about their concerns about Daniels, which included that he was making comments to others about having a gun on his person; on November 2, 2021, she saw Daniels on campus, he said "Hey, [Jane Roe]" to her, she kept walking, and Daniels said that she was rude; immediately thereafter, she was talking to Student 2 when Daniels walked by once more and said "Hey, [Jane Roe]" to her again; and Jane Roe responded to Daniels by telling him to leave her alone, to which Daniels responded "I'm going to say hi to you" and asked her, "What are you going to do, file a Title IX complaint against me?"

20.    Jane Roe also reported to me that she then asked Student 2 to speak to Daniels on her behalf, and Student 2 told her that Daniels said to him that if Jane Roe escalated things, he would "bury" her.

21.    Jane Roe said that she had not heard anything from Daniels since that incident. She told me that a No-Contact Order was imposed on November 4, 2021, and she was hoping that it would not aggravate Daniels.

22.    I then interviewed Daniels early in the afternoon of November 5, 2021. He agreed to let me search his backpack for weapons and disclosed that he had a knife.

23.    I asked Daniels what had transpired between Jane Roe and him. He said that they had an interaction at an off-campus mass and when he texted her, she replied, "Don't talk to me again," and then never answered when he asked her if he had done something to offend her. Daniels told me that he has had many experiences with "crazy women" and "awful, not good, evil hearted women." He said that this situation with Jane Roe was "too close" to those experiences and he was "very paranoid about that stuff." He then told me that he and Jane Roe had an interaction at a party and that he told her, "I don't know what your hang-up is, but if I have done anything to offend you, I'm sorry."

24.    Daniels and I then talked about what had occurred the past week. He said that on either Monday or Tuesday, he said, "Hi, [Jane Roe]," to Jane Roe in the stairwell of the library, and Jane Roe did not reply. He said he then later saw Jane Roe talking to Student 2, and that he said, "Hey, [Jane Roe]," to her again. Daniels reported that Jane Roe then asked him to obey her request to not speak to her. Daniels told me that he felt like Jane Roe wanted him to view her as "source of authority." Daniels said that he told Jane Roe that he just said "hey" and that she should "relax," and that he then walked away. He reported that Jane Roe then approached him in the

library and told him, "You are going to listen to me and never talk to me again." Daniels told me that he responded to Jane Roe by stating that he did not have a desire to converse with her but that he had just said "hey" and that she was blowing it out of proportion. He said that Jane Roe responded to him by saying, "You can say 'hey' but nothing else."

25.    Daniels confirmed that he had talked to Student 2 about Jane Roe. Daniels reported that he told Student 2 that he (Daniels) is paranoid and would leave Jane Roe alone.

26.    I asked Daniels about his comment earlier in the interview about his previous bad experiences with women. He responded by asking, "Evil women?" I then asked Daniels if he thought that all women were evil, and he told me, "I think that's pretty fair." He mentioned a few women in particular that were the exception.

27.    I also asked Daniels about whether he had stated he would "bury" Jane Roe. He confirmed that he made this statement, but explained he did not mean the term physically.  Rather, according to Daniels, he meant that if Jane Roe destroyed his time at law school, he would "happily bury her" by "winning" the allegations she brought against him. He claimed he would not hurt her.

28.    Daniels made multiple remarks that made me concerned that he might hurt himself. I told him that many students were concerned about him, and Daniels asked me if I was talking about John Doe and said, "Please don't stress [John Doe] out." I asked him if he ever had thoughts of harming himself, and he said that he had been thinking of hurting himself on-and-off for the past 12 or 13 years. He disclosed that he had a Glock 19 handgun and that John Doe and other students may have known this. Near the end of our interview, after we had been talking for about an hour, I asked Daniels if he felt like he might harm himself and Daniels told me, "I'm highly unlikely to intentionally hurt myself for the pure purpose of hurting myself. That's probably the

best you're going to get from me." I interpreted this to mean that he was unable to promise me that he would not attempt suicide or otherwise harm himself.

29.     Based on my interview of him, I believed that Daniels was a potential threat to himself and to others.

30.     I typed up the summaries of my interviews with Student 1, Student 2, Student 3, Jane Roe, and Daniels. These summaries are contained in the report attached as Exhibit A. The interviews were also video recorded.

31.     After speaking with Daniels, I escorted him to a conference room, where he spoke with University administrators. I understand that he was removed from the University on an emergency basis at that time. I was not involved in that meeting.

32.     I know that Daniels also spoke to a counselor from the University Counseling Center. After Daniels spoke with the counselor, Captain Garcia Betts and I were told that Daniels had agreed to go to Memorial Epworth Hospital.

33.     When Daniels' meetings with the University administrators and counselor were over, Captain Garcia Betts and I spoke to Daniels again. We issued a No Trespass Order barring him from campus. Daniels also consented to relinquish his weapons to NDPD at that time. Accordingly, we drove Daniels to his apartment, where Daniels gave us two weapons: a Glock 19 handgun and a rifle.

34.     Captain Garcia Betts and I then drove Daniels to Memorial Epworth Hospital. On the way to Epworth, Daniels told me that he did not mind going there to get things straightened out. Once there, Daniels admitted himself to Epworth.

35.    On or about November 12, 2021, NDPD closed its investigation of this matter and referred it to the University's Office of Institutional Equity and Office of Community Standards for further review under the University's policies.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct and is based on personal knowledge.

Dated: December 19, 2023

DocuSigned by:

*Steve Stebbins*

0FFB4B99BA5B4B0...          _____

Steven Stebbins

# Exhibit A

## University of Notre Dame
### NDPD Incident Report
*Submitted on November 19, 2021 at 11:14:23 am EST. Last modified November 19, 2021 at 12:53:22 pm EST.*

| | |
|---|---|
| Nature | **NDPD IR (NDPDIR)** |
| Urgency | **FOR OCS REVIEW** |
| Incident Date and Time | **2021-11-02 2:58 PM** |
| Incident Location | **Misc - Various Locations** |

<u>Reported by</u>
Name:                    **Ofc. Adam Rollins**
Title:
Email:
Phone
Address:

<u>STUDENT REFERRED TO OCS</u>
**Bryce Daniels (902171879)**
Referred                         ██████████        ████████████        ██████████████
                                                  Off Campus

<u>INCIDENT SUMMARY</u>
Summary of the NDPD report.
**On November 2nd, 2021, at approximately 1505 hours, I, Officer Rollins, was advised by Notre Dame Univesty Dispatch Center of a female in the lobby of Hammes Mowbray Hall. When I went into the dispatch center, Tamra (A dispatcher on duty) explained that the Female ( later identified as** ▓Jane Roe▓ **) wanted to report someone for harassment.**

**I had** ▓Jane Roe▓ **step into a small office in the lobby of Hammes Mowbray Hall. When we got in the room, I had** ▓Jane Roe▓ **sit down and ask her to start from the beginning.** ▓Jane Roe▓ **stated that it all began around two weeks into school. She attended a catholic mass off-campus and saw a male that she had seen around Eck Hall of Law. (Both students study at Eck Hall of Law) He came up to her and introduced himself as Bryce Daniels. He and** ▓Jane Roe▓ **began to talk;** ▓Jane Roe▓ **bought Bryce a donut to be nice. Bryce then asked her if she was in the law school group chat. She stated she was not and he asked for her number; she gave him her number.**

▓Jane Roe▓ **said a few days had passed before he texted her separately from the group.** ▓Jane Roe▓ **said that before he texted her, he had been acting strange. She stated that some of their peers had noticed it as well. When he texted her,** ▓Jane Roe▓ **let him know that; she give him her number for the group chat and questions about school. She also stated she was not looking for a relationship at the time. Bryce then asked** ▓Jane Roe▓ **over text on a date so he could repay her for the donut.** ▓Jane Roe▓ **politely declined and processed to block his number.** ▓Jane Roe▓ **said that these texts took place around August 24th, 2021.**

**After** ▓Jane Roe▓ **blocked Bryce's number, she said he began to antagonize her whenever he walked by her in the halls. She said on today's date; he walked by her and was talking loudly to his friend talking about her and making rude comments. She said she went to the third floor to get away from him. She said she began to cry and called her friend, who calmed her down. She then went to leave and met another friend of hers; who agreed to walk her to her dorm. When they were about to leave, Bryce came up to** ▓Jane Roe▓ **and stated that he would not stop saying hi to her. After this incident,** ▓Jane Roe▓ **talked to her parents, who told her to file a report.**

**At this moment, Bryce has only made contact through text and in person. After** ▓Jane Roe▓ **blocked his number, he has only made contact with her in person.**

**I affirm under the pains and penalties of perjury that the aforementioned facts are true and correct.**

Officer A. Rollins 592
Tue Nov 2 17:37:26 2021

Supplemental Narrative
11/03/2021 16:58:15 Crystal Garcia-Betts
Details of Supplemental Narrative: Jane Roe

On November 3, 2021 at approximately 1603 hrs., Jane Roe called the Notre Dame
Dispatch Center requesting to speak with an officer. The call was transferred to Captain Garcia. In
speaking with Ms. Jane Roe, she advised she is terrified of a subject she recently had met. Jane Roe
stated she met Bryce Daniels and exchanged her number with him due to being fellow Law School
Students. Jane Roe stated she no longer wanted to communicate with Daniels and thought he was a
little strange. Jane Roe advised she sent a text message to Daniel's requesting he stop
communicating with her and that made him mad. Jane Roe stated she thought she could have her
friend Student 2 talk to Bryce to defuse the situation. Jane Roe
stated Student 2 met with Bryce who stated, "If she escalates this, he'll bury me". Jane Roe advised
Student 2 asked her to wait to report to see if Bryce would calm down but she learned from hearing
from other students Bryce is bragging about having weapons and a gun on him. Jane Roe stated she
knows of two law school students who heard Daniels making the comments about the gun. The
students are identified as Student 1                    , and Student 3
Student 3. Jane Roe stated her friend FERPA                    has also witnessed the
strange behavior of Bryce Daniels.

Jane Roe advised she is in fear of Bryce and requested assistance in obtaining a no contact order.
Ms. Jane Roe was given a safety plan and information regarding the Special Victim's Unit and
possibly obtaining a protective order. Jane Roe stated at this point she wants Title IX to assist and a
no contact order in place.

I affirm under the pains and penalties of perjury that the aforementioned facts
are true and correct.
Captain Crystal Garcia Betts D529
Wed Nov 3 17:17:10 2021

SupplementalNarrative
11/05/2021 11:07:04 Steven Stebbins
Notre Dame Police Department Investigative Progress Report

Date: 11/04/2021
Time: 0658 hours
Emailed Jane Roe        . Agreed to meet for an interview at 0900 hours, on November 5, 2021.
Date: 11/04/2021
Time: 0705 hours
Emailed Student 3       . Agreed to meet for an interview at 0800 hours, on November 5, 2021.
Date: 11/04/2021
Time: 0709 hours
Emailed Student 1       . Agreed to meet for an interview at 0845 hours, on November 4, 2021.
Date: 11/04/2021
Time: 0732 hours
Emailed Student 2       . Agreed to meet for an interview at 0900 hours, on November 4, 2021.
Date: 11/04/2021
Time: 0845 hours
Interviewed Student 1       at Hammes Mowbray Hall, Interview Room 3.
Date: 11/04/21
Time: 0900 hours
Interviewed Student 2        at Hammes Mowbray Hall, Interview Room 3.

Date: 11/04/2021
Time: 1330
Notre Dame Communications Center conducted a check for weapons on Bryce Daniels. He has a permit to carry in the state of Texas.
Date: 11/04/2021
Time: 1400 hours
Completed a Threat Assessment Meeting in regards to Bryce Daniels.
Date: 11/05/2021
Time: 0800 hours
Interviewed Student 3 at Hammes Mowbray Hall, Interview Room 3.
Date: 11/05/2021
Time: 0900 hours
Interviewed Jane Roe at Hammes Mowbray Hall, Interview Room 3.
Date: 11/05/2021
Time: 1318 hours
Interviewed Bryce Daniels at Hammes Mowbray Hall, Interview Room 2.
Date: 11/05/201
Time: 1510 hours
Transported Bryce Daniels to his off campus apartment. He relinquished to weapons to Notre Dame Police Detectives for safekeeping.
Date: 11/05/2021
Time: 1530 hours
Transported Bryce Daniels to Memorial Epworth for a mental health exam.
I affirm under the pains and penalties of perjury that the aforementioned facts are true and correct.
Digital Signature:
Steve Stebbins, Det. Lt. D347
Notre Dame Police Investigations
Date/Time:
Fri Nov 12 07:40:18 2021

Supplemental Narrative
11/05/2021 17:02:18 Crystal Garcia-Betts

Notre Dame Police Department Investigative Progress Report

Date: 11-03-21
Time: 1603
Jane Roe called the Notre Dame Dispatch Center requesting to speak with an officer. Ms. Jane Roe, she advised she is terrified of a subject she recently had met. Jane Roe stated she met Bryce Daniels and exchanged her number with him due to being fellow Law School Students. Jane Roe stated she no longer wanted to communicate with Daniels and thought he was a little strange. Jane Roe advised she sent a text message to Daniel's requesting he stop communicating with her and that made him mad. Jane Roe stated she thought she could have her        friend Student 2 talk to Bryce to defuse the situation. Jane Roe stated Student 2 met with Bryce who stated, "If she escalates this, he'll bury me". Jane Roe advised Student 2 asked her to wait to report to see if Bryce would calm down but she learned from hearing from other students Bryce is bragging about having weapons and a gun on him. Jane Roe stated she knows of two law school students who heard Daniels making the comments about the gun. The students are identified as Student 1                      , and Student 3        . Jane Roe stated her friend FERPA                          has also witnessed the strange behavior of Bryce Daniels. Jane Roe advised she is in fear of Bryce and requested assistance in obtaining a no contact order. Ms. Jane Roe was given a safety plan and information regarding the Special Victim's Unit and possibly obtaining a protective order. Jane Roe stated at this point she wants Title IX to assist and a no contact order in place.

**Date: 11-04-21**
**Time: 0800 hrs.**
**Amber Monroe of Title IX was notified of this report.**

**Date: 11-04-21**
**Time: 1000 hrs.**
**A Care Team Meeting was held at the Duncan Student Center room 106. In the meeting Stella Miller of the Care Team advised of a student named** John Doe **who had concerns about a subject who was possibly suicidal with a gun. At the time of the report, the subject was unknown to police or to the Care Team.**

**Date: 11-04-21**
**Time: 1310 hrs.**
**Stella Miller forwards an email from** John Doe **regarding his concerns about a subject with a gun.**

**Date: 11-04-21**
**Time: 1400 hrs.**
**A Threat Assessment meeting was held via zoom regarding the subject identified as Bryce Daniels.**

**Date: 11-04-21**
**Time: 1446 hrs.**
**An email was sent to** John Doe **to make contact with this investigator.**

**Date: 11-04-21**
**Time: 1555 hrs.**
John Doe **calls this investigator to say he wanted to report but reluctant to provide the name of the person from his Case 21-001526.**

**Date: 11-04-21**
**Time: 1451 hrs.**
**Erin Oliver sends information to the TAMT Team that a No Contact Order was issued for Bryce Daniels and the victim from this case "**Jane Roe**".**

**Date: 11-04-21**
**Time: 1545 hrs.**
John Doe **calls this investigator to report the name of the suspect in case 21-001526 was the same person from this case 21-001499 known as "Bryce Daniels". This information was shared with Chief Shibata who had an Emergency Threat Assessment Meeting for 1830 hrs. on this date.**

**Date: 11-04-21**
**Time: 1830 hrs.**
**An Emergency Threat Assessment Meeting was held via zoom.**

**Date: 11-05-21**
**Time: 0800 hrs.**
**A Coordination Meeting was held in person and in room 207 at Hammes Mowbray Hall to talk about steps going forward with Bryce Daniels.**

**Date: 11-05-21**
**Time: 1330 hrs.**
**Bryce Daniels came in for interview (See the suspect summary from Lt. Stebbins). Also, Christine Holst and Erin Oliver were present to speak with Daniels. After the meetings, Daniels was given a No Trespass Notice and he signed voluntarily a consent notice for police to seize his two guns. Daniels then agreed to meet with Chris Conway of the Care Team and he also agreed to go voluntarily to Memorial Epworth for evaluation. The guns were seized and placed into the evidence room. Chief Shibata and Major Heeter were notified of this involvement with Bryce Daniels.**

I affirm under the pains and penalties of perjury that the aforementioned facts
are true and correct.
Captain Crystal Garcia Betts D529
Fri Nov 5 17:49:34 2021

**Supplemental Narrative**
11/10/2021 09:10:04 Phillip Shirripa
Notre Dame Police Department Supplemental Narrative
Details of Supplemental Narrative:
On November 10, 2021 the Glock 19 was taken to SBPD for ballistic testing and then returned
into evidence.

I affirm under the pains and penalties of perjury that the aforementioned facts
are true and correct.
Digital Signature: P. SCHIRRIPA / 199
Date/Time: Wed Nov 10 09:11:37 2021

**Supplemental Narrative**
11/12/2021 07:34:51 Steven Stebbins
Notre Dame Police Department Supplemental Narrative
Details of Supplemental Narrative: CASE STATUS: CLOSE-EXCEPTIONAL-Referred to Title IX and
Office of Community Standards.

CASE: 2021-001499
INCIDENT: Stalking-intimidation
LOCATION: Eck Law School
University of Notre Dame
Notre Dame, IN 46556
TIME/DATE: 2236-1215 hours, October 27-29, 2021
VICTIM
NAME: Jane Roe
ADDRESS: Jane Roe


DOB: Jane Roe
EMPLOYEE ID: Jane Roe
CELL PHONE: Jane Roe

OFFENDER
NAME: Bryce T. Daniels
ADDRESS:

DOB:
STUDENT ID:
CELL PHONE:

WITNESSES
NAME: Student 1
ADDRESS: Student 1
Student 1
DOB: Student 1
STUDENT ID: Student 1
CELL PHONE: Student 1

NAME: Student 2

**ADDRESS:** Student 2

**DOB:** Student 2
**STUDENT ID:** Student 2
**CELL PHONE:** Student 2

**NAME:** Student 3
**ADDRESS:** Student 3
Student 3
**DOB:** Student 3
**STUDENT ID:** Student 3
**CELL PHONE:** Student 3

**CASE ASSIGNMENT**
On November 3, 2021, I, Detective Lieutenant Steve Stebbins was assigned this case for further investigation.

**SYNOPSIS**
During the course of this investigation, Bryce Daniels was identified as the Offender with this case. Mr. Daniels was dismissed from the University of Notre Dame and elected to a self-admission to Memorial Epworth for a mental health evaluation. Due to the mental state of Mr. Daniels, he relinquished two weapons to detectives for safekeeping. A shotgun was retrieved from the trunk of his Ford Focus and a Glock handgun was retrieved from his apartment at the ▓▓▓▓▓▓Apartments in South Bend Indiana. Mr. Daniels was transported to Memorial Epworth by Notre Dame Police Department Detectives.

**INTERVIEW OF WITNESS**
Student 1
At 0845 hours, on November 4, 2021, I met Student 1    at Hammes Mowbray Hall and escorted him to Interview Room #3. The interview was audio and video recorded onto a DVD and entered as evidence.

Mr. Student 1 stated he knows Bryce Daniels and that he is a different person. Mr. Student 1 related there seems to be something off with him and that he tries too hard to fit in. Mr. Student 1 said he thinks something happened to Bryce at his home during his childhood.

I asked Mr. Student 1 if he knows Jane Roe    . Mr. Student 1 stated he is good friends with Jane Roe that she said Bryce has reached out to her and she has told him to stop contacting her, because he seems obsesses with her.

I asked Mr. Student 1 how long was this going on between Jane Roe and Bryce. Mr. Student 1 said he believes this started at the beginning of the school year in September (2021). Mr. Student 1 said they are all ▓▓▓▓▓▓▓aw students and that he does have some classes with Bryce, but that Jane Roe doesn't have any classes with Bryce.

Mr. Student 1 related that Bryce and Jane Roe do belong to the same club, The Federalist Society. I asked Mr. Student 1 if Bryce ever said anything to him about a weapon. Mr. Student 1 stated Yes. Mr. Student 1 said last Thursday (October 28th) Bryce and he were in class and Bryce told him that he needed to join the Federalist Society so he could vote for him to be president next year. Mr. Student 1 then said Bryce made a comment that not that he would have any competition, but I have a weapon. Mr. Student 1 said he couldn't remember Bryce's exact words but it was something I'll shoot or kill anyone who runs against me. Mr. Student 1 related he didn't know how to take this comment as a joke or not.

Mr. Student 1 said some of his friends got together on Friday (October 29) and they all know about the incident between Jane Roe and Bryce so he told them about the comment Bryce had made to him about his weapon. Mr. Student 1 stated some of his friends had also heard Bryce say that he has

a gun.

Mr. ███Student 1███ stated that Bryce never told him what kind of weapon he has and that Bryce has never showed him his gun.

**INTERVIEW OF WITNESS**
**Student 2**
At 0902 hours, on November 4, 2021, I met ███Student 2███ at Hammes Mowbray Hall and escorted him to Interview Room #3. The interview was audio and video recorded onto a DVD and entered as evidence.

Mr. ███Student 2███ related that Bryce Daniels is very friendly especially to people in authority and that he likes to volunteers to help, but his personality is different. Mr. ███Student 2███ said that Bryce likes to take on a leadership role, even when he's not in a leadership position and this tends to rub people the wrong way.

Mr. ███Student 2███ said other students have come to him with concerns about the way Bryce talks to them and makes jokes about hurting those who stand in his way towards his leadership goals. Mr. ███Student 2███ stated friends are not sure if he is joking but he has told them that he has a gun.

Mr. ███Student 2███ stated ███Jane Roe███ came to him a couple of days ago (November 2nd) upset and said Bryce walked by and said how are you doing to ███Jane Roe███. Mr. ███Student 2███ related this seemed like normal conversation, but he could clearly see ███Jane Roe███ was upset. Mr. ███Student 2███ stated ███Jane Roe███ told Bryce to leave her alone, don't talk to me, and how many times do I have to tell you, don't speak to me. Mr. ███Student 2███ said ███Jane Roe███ also said she told Bryce I don't want you to talk to me and I don't want anything to do with you.

Mr. ███Student 2███ related later that day at 1800 hours and after Mass outside the Law School Chapel, he took Bryce aside and said some people have come up to him and are concern about you. Mr. ███Student 2███ said he asked Bryce if everything is alright and Bryce replied, this is about that evil woman ███Jane Roe███.

Mr. ███Student 2███ stated Bryce then tried to cast the blame on her (███Jane Roe███). Mr. ███Student 2███ related he told Bryce if she told you not to speak to her, maybe you should respect her. Bryce said, but it's too much fun to needle her. I'll respect her when she respects me.

Mr. ███Student 2███ said he told Bryce maybe you should be the bigger person and respect her and Bryce replied well I'm not as forgiving as our Lord Jesus Christ. I'm not changing the way I live just to appease her, if she tries to escalate this, I will bury her. Mr. ███Student 2███ stated he took this last comment from Bryce as being socially, that he would talk her down. Mr. ███Student 2███ related this made him think about ███Student 1███ and or possibly ███Student 3███ who told him that Bryce claimed he had a gun. Mr. ███Student 2███ said he and Bryce parted not on bad terms, but Bryce was visually upset.

Mr. ███Student 2███ said he heard through the grapevine that a Teachers Aid (TA), ███FERPA███ had told Bryce not to use his cell phone in class and that Bryce became upset and said he shouted at the TA.

Mr. ███Student 2███ stated that another law student ███FERPA███ has known Bryce for several years. Mr. ███Student 2███ said ███FERPA███ may have dated him, but she doesn't think he would do anything violent, because he is too concerned about his career. Mr. ███Student 2███ said he thinks Bryce and ███FERPA███ are still good friends.

Mr. ███Student 2███ related Bryce told him that he hates women and that he has had bad experiences with women in the past. Mr. ███Student 2███ said Bryce also told him he was accused of rape when he was in middle school and that all women are liars.

**INTEVIEW OF WITNESS**
**Student 3**
At 0757 hours, on November 5, 2021, I met Student 3 at Hammes Mowbray Hall and escorted him to Interview Room 3. The interview was audio and video recorded onto a DVD and entered as evidence.

Mr. Student 3 stated the first time he heard anything that was suspicious about Bryce was during a Federalist Society meeting and everyone was talking about gun laws in different states and that Bryce told him that he carries all the time. Mr. Student 3 said he told Bryce, yes, but you can't carry (Weapon) on campus. Mr. Student 3 related Bryce then shook his backpack and Mr. Student 3 related he wasn't sure if Bryce had a weapon in his backpack or not.
Mr. Student 3 related that Bryce gets attached to different people and one day he walked with him to his apartment. Mr. Student 3 said Bryce told him that he FERPA in and has known her for a couple of years. Mr. Student 3 related Bryce said when he told FERPA that he was coming to Notre Dame, she begged him not to come and told him that she didn't want him here and that this was her school. Mr. Student 3 related Bryce told him that when he told FERPA he was going to move into the same apartment complex as her ( ) again she told him not to move into the same apartment complex as her, because she didn't want him anywhere near her. Mr. Student 3 stated Bryce then said she FERPA) was afraid that he was going to hurt her.

Mr. Student 3 said that he has heard from other students Student 1 ) that Bryce would kill anyone who gets in his way during the elections (Federalist Society). Mr. Student 3 said that Bryce has a short fuse and he sets next to Bryce in class. Mr. Student 3 stated that FERPA (TA) told Bryce that just as a reminder, the professor doesn't want anyone using their cell phone in class. Mr. Student 3 stated that Bryce snaped at FERPA and said don't ever talk to me like that again, you're not a professor, you're a teacher's assistant and if you ever speak to me like this again, we are going to have problems.

Mr. Student 3 said he does have classmates that are afraid that Bryce someday is going to hurt them and he too is afraid. Mr. Student 3 said Bryce told him he does have a Glock gun.

Mr. Student 3 stated Bryce told him that he did text Jane Roe about going out for lunch and that Jane Roe texted back and said never text me again unless it's official business with the club. Mr. Student 3 stated Bryce was really upset about this and said that she Jane Roe ) is so rude. Mr. Student 3 said he heard there was another incident involving Bryce and Jane Roe at a party they were both at. Mr. Student 3 related Bryce asked Jane Roe why she didn't want to be his friend and she replied back I don't want to be friends with you and I don't need to explain myself.

Mr. Student 3 related he heard from another friend that there was another incident at the law school involving both Bryce and Jane Roe.

Mr. Student 3 said that Bryce had told him that his dad used to hit him when he was growing up and that he has terrible relationships will all women and that they are all evil.

**INTERVIEW WITH VICTIM**
**Jane Roe**
At 0853 hours, on November 5, 2021, I met with Jane Roe at Hammes Mowbray Hall and escorted her to Interview Room #3. The interview was audio and video recorded onto a DVD and entered as evidence.

Ms. Jane Roe stated she first met Bryce Daniels during the second week of school at a catholic mass off campus. Bryce came up to her and asked if she was with the Federalist Society at Notre Dame and she told him yes but I'm not on a list. Ms. Jane Roe said Bryce then said give me your number, I can add you to the list. Ms. Jane Roe said she gave her number to Bryce and then they proceeded to have a conversation. After this, Ms. Jane Roe stated they were in the doughnut line and Bryce

didn't have any money, so she bought him a doughnut.

Ms. [Jane Roe] related Bryce and her began to talk and within two minutes, she started picking up some bad vibes about him. Ms. [Jane Roe] said she later left and she told herself that she was not going to talk to this guy and that she is going to try and avoid him.

Ms. [Jane Roe] stated the next Monday, she received a text from Bryce stating he still owed her lunch (See attached text message). Ms. [Jane Roe] said she told him that I gave you my number only for the Federalist Society contact, please only use my number for that communication. Ms. [Jane Roe] related Bryce texted her back and asked "Why", she then blocked his number.

Ms. [Jane Roe] said later she saw him at an off-campus party and Bryce would be telling people that she told him not to contact her. Ms. [Jane Roe] stated this wasn't to alarming to her.

Ms. [Jane Roe] related then last Friday (October 29th) she was having dinner with some friends and some of the classmates were also having concerns about Bryce. Ms. [Jane Roe] said [Student 1] was telling them that Bryce told him that he had a gun. Ms. [Jane Roe] stated at this point she starting to get afraid of Bryce. Another friend [Student 3] who has some classes with Bryce, confirmed that he was also told by Bryce that he has a gun on him.

Ms. [Jane Roe] stated this past Tuesday (November 2nd) she passed Bryce at the law school and he said "Hey [Jane Roe]" and she just kept walking and Bryce said that was rude. Ms. [Jane Roe] said she continued to walk and she ran into [Student 2] who could tell she was visibly upset. Ms. [Jane Roe] said while she was talking to [Student 2], Bryce and another person walked by and again Bryce said "Hey [Jane Roe]". Ms. [Jane Roe] related at this point she loses her cool and says to Bryce, "What is wrong with you. Ms. [Jane Roe] continues to tell Bryce to leave her only and he said I'm going to continue to say hi to you and then he said, what are you going to do, file a Title IX complaint against me. After this, Ms. [Jane Roe] said she just left and went to the bathroom and cried.

Ms. [Jane Roe] related she called her parents and her dad told her to go to the campus security. Ms. [Jane Roe] asked [Student 2] to talk to Bryce and he told her that Bryce said if she escalates this, "I'm going to bury her."

Ms. [Jane Roe] related [Student 2] sent her a text message that a [FERPA] who is also a law student would be happy to talk with her if that would help. [Student 2] said she very well knows that feeling of him (Bryce) trying to control you, and she can relate. Ms. [Jane Roe] said she never contacted [FERPA].

Ms. [Jane Roe] said since this last incident she hasn't heard anything from Bryce and that on Thursday (November 4th) she filed a Title IX complaint and Bryce was notified that a No Contact Order was in place and she hopes this doesn't aggravate Bryce.

**INTERVIEW OF OFFENDER**
**Bryce Daniels**
At 1318 hours, on November 5, 2021, I met Bryce Daniels at Hammes Mowbray Hall and escorted him to Interview Room #2. The interview was audio and video recorded onto a DVD and was entered as evidence.

Prior to the interview, I told Bryce that he would need to leave his backpack outside of the interview room or have me search his backpack for any weapons. Bryce agreed to let me look inside his backpack and he said the only thing inside his backpack would be a knife. I located the knife and took it outside the interview room for safekeeping.

I asked Bryce if he could tell me what has happened between him and [Jane Roe]. Bryce said he first met [Jane Roe] at an off-campus mass and that they didn't talk much, but she bought him and a friend a doughnut and he told her that he would buy her lunch sometime. Bryce also stated he is a representative of the Federalist Society and asked [Jane Roe] if she wanted to be in group

meetings and for her to give him her number and he would add her to the list.

Bryce said a few days later he texted Jane Roe and said he still owed her lunch. Bryce related Jane Roe replied back that she only gave him her number for the group meetings, don't talk to me again, thanks. Bryce replied back and said did I do something to offend you, but Jane Roe never replied back.

Bryce stated he has had a lot of experiences with crazy women, awful, not good evil hearted women and that this is too close to that and that he is very paranoid. Bryce said he just wasn't going to talk to Jane Roe again.

Bryce related the next time he saw Jane Roe was at a party and that he didn't really say anything to her. Bryce said he had brought some wine and he heard Jane Roe ask someone if the wine she was drinking was from Bryce and they said no and she replied good.

Bryce said during the party he was telling some friends that he purchased a scented broom. While he was talking to his friend about the broom, Jane Roe was close by and said I don't believe you. Bryce related he went out to his car and found the receipt and showed the receipt to Jane Roe and after she looked at the receipt, she placed the receipt on the ground and pushed it back toward him.

Bryce stated towards the end of the party, he saw Jane Roe just staring at him, so he asked her, why are you looking at me. Bryce said Jane Roe stated I thought I told you not to talk to me, I don't know why you are not listening to me. Bryce related to Jane Roe that I don't know what your hang-up is, but if I have done anything to offend you, I'm sorry. After this, Bryce said he left the party.

Bryce said during the week, Monday or Tuesday (November 1st or 2nd) he saw Jane Roe in the stairway of the law school and he said hi Jane Roe, but she didn't reply. Bryce said later he was walking towards the law school library and he saw Jane Roe talking to an Student 2 ). Bryce stated again he said, hey Jane Roe and she tells Student 2 to leave and she if very upset and says to him, I don't know what is so hard for you to understand and about do not talk to me that you are not able to obey. Bryce said Jane Roe wanted him to view her as a source of authority. At this point, Bryce said he just started to walk away and said to Jane Roe I just said Hey and for Jane Roe to just relax.

Bryce stated he went to the law school library and Jane Roe came up to him and said I thought I told you to say that you are going to listen to me and never talk to me again. Bryce related he told her I don't know you and I don't want to be your friend and I don't have any desire to converse with you. Bryce said he told Jane Roe that I just said Hey, just relax, this is blowing out of portion and Jane Roe said fine, you can say Hey, but nothing else.

Bryce related he did talk to Student 2 and he told him to just leave Jane Roe alone. Bryce said he told Student 2 that he is paranoid and would leave Jane Roe alone.

I told Bryce that he mentioned that he had some bad experiences with women in the past. Bryce responded by saying evil women. I asked Bryce if he thought all women here are evil and he responded by saying I thinks that's pretty fair.

I told Bryce that I talked to a lot of students and all of them are concerned about his wellbeing. I asked him if he was willing to talk to a counselor and he said, no, I'm fine.

I asked Bryce if he had any weapons in his apartment and he said I do. I then asked him if he ever thought about hurting himself. Bryce replied yes, but don't be concerned. Bryce said this does go back to junior and senior high school. Bryce said the only people who knows that he has a gun is John Doe , FERPA , FERPA and FERPA .

I asked Bryce if he every made a comment about Jane Roe that if she escalated this, he would bury her. Bryce said in a since yes, but in the context, if she makes faults allegations and destroys my time here at the law school, I would happily bury her. Bryce stated not physically, but he would in a since win on everything that she Jane Roe ) tries to bring against me.

I asked if he would ever hurt Jane Roe . Bryce said never, I would never hurt her.

**INFORMATION**
After interviewing Bryce Daniels, I escorted him to a conference room (207) in Hammes Mowbray Hall. There he was talked to university administrators about being dismissed from the university. Bryce was also talked to by a University Counselor.

After the above meeting, Captain Crystal Garcia-Betts talked to Bryce and issued him a University Trespass Notice and asked him if he would consent to relinquishing his weapons for safekeeping. Bryce agreed to relinquishing his weapons and signed the consent form.

Captain Garcia-Betts and I then transported Bryce to the ▮▮▮▮▮▮ Apartments and he relinquished a rifle from the trunk of his vehicle, a Ford Focus. We then went to Bryce's apartment and he relinquished he Glock handgun.

Captain Garcia-Betts and I then transported Bryce to Memorial Epworth of South Bend and Bryce self-admitted himself to the clinic.

No further information at this time.

**CASE CLOSED EXCEPTIONAL-Referred to Title IX and to the Office of Community Standards (OCS)**

I affirm under the pains and penalties of perjury that the aforementioned facts
are true and correct.
Digital Signature:
Steve Stebbins, Det. Lt. D347
Date/Time:
Fri Nov 12 07:36:22 2021

Supplemental Narrative
11/12/2021 07:41:30 Steven Stebbins

**NDPD CLOSURE STATEMENT**
CASE STATUS: CLOSE-EXCEPTIONAL-Referred to Title IX and Office of Community Standards.
CASE: 2021-001499
INCIDENT: Stalking-Intimidation
LOCATION: Eck Law School
University of Notre Dame
Notre Dame, IN 46556
TIME/DATE: 2236-1215 hours, October 27-29, 2021

**VICTIM**
NAME: Jane Roe
ADDRESS: Jane Roe ▮▮▮▮▮▮▮▮▮▮▮▮

DOB: Jane Roe
EMPLOYEE ID: Jane Roe
CELL PHONE: Jane Roe

**OFFENDER**
**NAME:** Bryce T. Daniels
**ADDRESS:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**DOB:** ▮▮▮▮▮▮▮
**STUDENT ID:** ▮▮▮▮▮
**CELL PHONE:** ▮▮▮▮▮▮

**WITNESSES**
**NAME:** Student 1 ▮▮▮▮
**ADDRESS:** Student 1 ▮▮▮▮▮▮▮

**DOB:** Student 1
**STUDENT ID:** Student 1
**CELL PHONE:** Student 1

**NAME:** Student 2 ▮▮▮
**ADDRESS:** Student 2 ▮▮▮
South Bend, IN Student 2
**DOB:** Student 2
**STUDENT ID:** Student 2
**CELL PHONE:** Student 2

**NAME:** Student 3
**ADDRESS:** Student 3 ▮▮▮▮
Student 3
**DOB:** Student 3
**STUDENT ID:** Student 3
**CELL PHONE:** Student 3

**CASE ASSIGNMENT**
On November 3, 2021, I, Detective Lieutenant Steve Stebbins was assigned this case for further investigation.

**SYNOPSIS**
During the course of this investigation, Bryce Daniels was identified as the Offender with this case. Mr. Daniels was dismissed from the University of Notre Dame and elected to a self-admission to Memorial Epworth for a mental health evaluation. Due to the mental state of Mr. Daniels, he relinquished two weapons to detectives for safekeeping. A shotgun was retrieved from the trunk of his Ford Focus and a Glock handgun was retrieved from his apartment at the ▮▮▮▮▮ Apartments in South Bend Indiana. Mr. Daniels was transported to Memorial Epworth by Notre Dame Police Department Detectives.

I affirm under the pains and penalties of perjury that the aforementioned facts are true and correct.

Digital Signature:
Steve Stebbins, Det. Lt. D347
Date/Time:
Fri Nov 12 07:42:58 2021

Which law enforcement officers responded to the scene?
NDPD

Was ND Fire Department dispatched to the scene to evaluate alcohol or drug use?

**No**

Was an ambulance dispatched to the scene?
**No**

Was the student transported for medical attention?
**N/A**

Was a PBT adminsitered?
**No PBT (not alcohol-related incident)**

BAC (if PBT was administered);
**n/a**

NDPD Incident Report Number;
**21-001499**

*Pending IR #00013705*
*Submitted from 73.45.167.189 and routed to Sherri Walsh (Administrative Assistant)*
*Modified by Sherri Walsh on November 19, 2021 at 12:53:22 pm EST from 73.45.167.189*
*Copies originally to: driemers@nd.edu,hryan2@nd.edu,rsimon3*