```
 1
 2
 3
 4
 5                    AUDIO RECORDING
 6    IN RE: BRYCE DANIELS VS. UNIVERSITY OF NOTRE DAME
 7                 CASE NO. 3:22-CV-698
 8                      PHONE CALL
 9                    JUNE 27, 2022
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24  TRANSCRIBED BY: MELISSA EICKEN
25
```

1  information that we're only talking about one piece
2  there that you had said that you didn't say the kill
3  thing at all, like, that wasn't in there (inaudible)
4  in reference to something specific (inaudible) federal
5  society.
6              BRYCE:  With Analice (phonetic), not the
7  federal society.
8              HEATHER:  Yeah.  I'm sorry.
9              BRYCE:  Yeah.  No.  You're good.  There's a
10 lot going on.
11             HEATHER:  Yeah, yeah.  So you're good.
12 Yeah.  So I'll update that for you.  And then get that
13 to you this afternoon.
14             What are other things that you need right
15 now, Bryce?
16             BRYCE:  I know -- nothing, in terms of
17 deliverables, but I know that in the letter at the
18 very end that said I should set up a call to talk to
19 you this week.
20             HEATHER:  Yeah.
21             BRYCE:  I don't -- I don't know what that
22 looks like, but.  Here -- here we are.
23             HEATHER:  Yeah.  No.  I appreciate that.
24 So like, what I wanted to do was just sort of like
25 check in, see how you're doing, see how, like, your

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179
LEXITAS

```
 1  visits have been going with Margaret, Amenen
 2  (phonetic), to make sure you're in a good place with
 3  that.
 4              BRYCE:  Yeah, yeah.  No.  I -- you know,
 5  Margaret made the point that if I do ever have an
 6  opportunity to come back, that I have to, you know,
 7  just get some sort of clearance from a mental health
 8  professional.  She -- she made that nuance, said that,
 9  you know --
10              HEATHER:  Okay.
11              BRYCE:  -- there wasn't really anything
12  else in regard to readmission that she thought of.
13              HEATHER:  Okay.
14              BRYCE:  She is going to -- we're going to
15  try and see if I can get, like, temporary access to my
16  e-mail --
17              HEATHER:  Okay.
18              BRYCE:  -- just because it was referenced a
19  number of times between other correspondence I had
20  with MEPD, so I --
21              HEATHER:  Yeah.
22              BRYCE:  I just want to know what's in
23  there.
24              HEATHER:  Yeah.
25              BRYCE:  But...
```

888-893-3767
www.lexitaslegal.com    Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179



1                HEATHER:  That's fair.
2                BRYCE:  But, yeah.  But aside from that,
3    we -- you know, our talk was pretty short.  She just
4    asked me generally how I was doing and -- yeah.  It
5    was pretty small talky.
6                HEATHER:  Okay.  And then part of the
7    reason you and I were going to meet this week was also
8    to talk through, like, plannings moving forward;
9    right?  So like, when you're having an opportunity,
10   you know, for coming back to campus, after getting
11   everything else all managed; right?  Like, thinking
12   through relationship building and boundary setting and
13   that kind of stuff.  And, so I wanted to start that
14   conversation a little bit with you to make sure that
15   we're thinking through that bigger picture; right?  In
16   terms of for you to be successful with folks; right?
17               BRYCE:  Sure.
18               HEATHER:  Not because you were primary
19   responsible for those things; right?  That's, like,
20   all of those pieces, but I think it's probably good
21   practice to sort of think through those pieces; does
22   that make sense?
23               BRYCE:  Yeah, it does.
24               HEATHER:  Yeah.  So if you -- let me see.
25   How many times were we going to meet?  One second.

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179
LEXITAS

 1  right?  And that kind of thing in there, so you have
 2  that for your records.  And then so you can share that
 3  with Dean Cole.  That's his name; right?
 4              BRYCE:  Yes.
 5              HEATHER:  I just -- my brain stopped there
 6  for a second.
 7              BRYCE:  Yep.  That's him.
 8              HEATHER:  And then if there are questions,
 9  I'm happy to answer those as well to get through that,
10  and then, hopefully, that'll trigger for him to go
11  back to it, and -- and then are you ready to do the
12  things that Margaret needed you to do as well?  Like,
13  the readiness to return stuff as well?
14              BRYCE:  She -- so like -- so she really
15  just kind of emphasized that, like, you need an okay
16  from a mental health professional --
17              HEATHER:  Yeah.
18              BRYCE:  -- to prove you're not going to
19  kill yourself as soon as you get back.  I -- I asked
20  her, because I was told that really the only way to --
21  to have a chance of winning on the emergency withdraw
22  appeal was to go get myself evaluated at -- at
23  Epworth, so the -- you know, the police captain kept
24  urging me to do that, so I --
25              HEATHER:  Uh-huh.

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179


1                BRYCE:  I was there for five days, and I
2  have those notes which are all summarily.  Like,
3  there's nothing wrong with him, why is he here.  I
4  asked her --
5                HEATHER:  Uh-huh.
6                BRYCE:  -- if those were sufficient, she
7  gave, like, a tentative yes, but she also seemed to
8  indicate that she would probably want something more
9  current.
10               HEATHER:  Uh-huh.
11               BRYCE:  But I -- like, I -- like, I -- I
12 just have no need to see a therapist.
13               HEATHER:  Uh-huh.
14               BRYCE:  So I'm unsure of, like, what I
15 would be able to provide.
16               HEATHER:  Uh-huh.  And she can speak more
17 to that than I could.  So I just wanted to make sure
18 that you have those pieces.  That sounds like that
19 might be a challenge.  We've got to figure that out,
20 and then given these other medical things, if you
21 know -- her office should be able to help if you need
22 other issues -- other accommodations and stuff as
23 well.
24               BRYCE:  Right.
25               HEATHER:  As you're regaining your

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179
LEXITAS

1                  CERTIFICATE OF REPORTER

2

3

4              I, Melissa J. Eicken, Certified Court

5   Reporter of Missouri, Certified Shorthand Reporter of

6   Illinois and Registered Professional Reporter, do

7   hereby certify that I was asked to prepare a

8   transcript of proceedings had in the above-mentioned

9   case, which proceedings were held with no court

10  reporter present utilizing an open microphone system

11  of preserving the record.

12             I further certify that the foregoing pages

13  constitute a true and accurate reproduction of the

14  proceedings as transcribed by me to the best of my

15  ability and may include inaudible sections or

16  misidentified speakers of said open microphone

17  recording.

18                  *[signature: Melissa Eicken]*

19

20             Melissa J. Eicken, CCR, CSR, RPR

21

22

23

24

25  Date: 11/25/25

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required.
Nevada Registration #116F  -  California Firm Registration #179
