UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

BRYCE THOMAS DANIELS,

Plaintiff,

v.

UNIVERSITY OF NOTRE DAME,

Defendant.

Case No. 3:22-CV-698-GSL-JEM

**ORDER**

This matter is before the Court on Magistrate Judge John E. Martin's report and recommendation entered on July 20, 2026. [DE 187]. For the reasons fully explained in the report, Judge Martin recommends that the Court grant the request contained within Defendant's Bill of Costs, [DE 172], and allocate to Plaintiff costs in the amount of $4,241.80. [DE 187, Page 5].

Over fourteen days have passed without any objections being filed, so the Court reviews the report and recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." (citations omitted)). The Court has reviewed the report and recommendation and finds no clear error.

Accordingly, the Court **ADOPTS** Magistrate Judge Martin's report and recommendation in full, **GRANTS** Defendant's Bill of Costs, [DE 172], and **ORDERS** Plaintiff to pay costs in the amount of $4,241.80.

SO ORDERED.

ENTERED: August 12, 2026

/s/ GRETCHEN S. LUND
Judge
United States District Court